Nora O'Brien, appellant, v. John Waggener, appellee. Gen. No.
6,929.

Action for damages for injuries to plaintiff and her automobile
in a collision with an automobile driven by defendant. Verdict and
judgment for defendant. Appeal from the Circuit Court of Knox
county; the Hon. Robert J. Grier, Judge, presiding. Heard in this
court at the April term, 1921. Reversed and remanded. Opinion
filed November 2, 1921.

R. D. Robinson, for appellant. Marsh & Rice, Carney, Carney
& Nelson and Sig. B. Nelson, guardian *ad litem*, for appellee.

Mr. Justice Jones delivered the ·opinion of the court.

William L. Hulsizer, appellant, v. David J. Almgreen, appellee.
Gen. No. 6,913.

Assumpsit for commission on sale of real estate. Judgment for
defendant. Appeal from the Circuit Court of Stark county; the
Hon. Charles V. Miles, Judge, presiding. Heard in this court at
the April term, 1921. Reversed and remanded. Opinion filed No-
vember 2, 1921.

F. B. Brian, James P. McManus and T. W. Hoopes, for appellant.
James H. Rennick, for appellee.

Mr. Justice Partlow delivered the opinion of the court.

Louis C. Carr and Frank W. Williams, appellees, v. Lizzie Butter-
worth et al., appellants. Gen. No. 6,916.

Assumpsit for commission for sale of real estate. Jury waived
and judgment for plaintiffs. Appeal from the Circuit Court of Win-
nebago county; the Hon. Robert K. Welsh, Judge, presiding. Heard
in this court at the April term, 1921. Affirmed. Opinion filed No-
vember 2, 1921. *Certiorari* denied by Supreme Court (making opin-
ion final).

Charles W. Ferguson, Lathrop, Lathrop & Brown and Patrick H.
O'Donnell, for appellants. Garrett, Maynard & Hull, for appellees.

Mr. Justice Partlow delivered the opinion of .the court.

C. C. & J. W. Johnson, appellants, v. Mark A. Root, executor of
last will of Phebe A. Root, deceased, and Mark A. Root, appellees,
Gen. No. 6,923.

Petition for attorney's lien against the executor of an estate.
Petition dismissed. Appeal from the Circuit Court of Whiteside
county; the Hon. Frank D. Ramsay, Judge, presiding. Heard in
this court at the April term, 1921. Affirmed. Opinion filed Novem-
ber 2, 1921.

C. C & J. W. Johnson, *pro se* and Jacob Cantlin, for appellants.
H. J. Ludens, for appellees.

Mr. Justice Partlow delivered the opinion of the court.